UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGOSS SOFTWARE CORP.,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>SIEBEL SYSTEMS, INC.,<br><br>　　　　Defendant(s). | No. C 05-5224 BZ<br><br><br><br><br>and related case |
| SIEBEL SYSTEMS, INC.,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>ANGOSS SOFTWARE CORP.,<br><br>　　　　Defendant(s). | No. C 05-5225 BZ<br><br>**PRETRIAL ORDER** |

　　The pretrial conference in this case was held on April 11, 2006. Angoss Software Corp. was represented at the conference by Paul Sigelman, Esq. Siebel Systems, Inc. was represented by Michael Bettinger, Esq. and Rachel Davidson, Esq.

1

This Order shall control the subsequent conduct of the case and be modified only to prevent manifest injustice.  <u>See</u> Fed. R. Civ. P. 16(e).

**1.   LENGTH AND TIME OF TRIAL**

Trial shall begin on **Monday, April 24, 2006**, **at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  The trial schedule for Monday is **10:00 a.m. - 3:00 p.m.**

The parties shall be prepared to call witnesses **Monday, April 24, 2006.**  Each side shall schedule witnesses to avoid any interruption in the presentation of testimony.

**2.   EXHIBITS AND EVIDENCE**

Exhibits shall not be a part of the record unless sponsored by a witness or otherwise brought to the court's attention.

The parties must lodge the transcripts of any depositions they anticipate using at trial by the start of trial.

**3.   MISCELLANEOUS**

Any party who desires a transcript of the trial must make arrangements with the court reporter.  Any party who needs an interpreter or audio or visual equipment shall make its own arrangements for same and clear all such equipment with court security personnel.

The parties are instructed to notify the court

///

///

///

immediately if this action should settle before the commencement of trial.

DATED: April 17, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ANGOSS.SIEBEL\PRETRIAL.ORDER.wpd

3