1  MICHAEL J. BETTINGER (State Bar No. 122196)
   MYRA J. PASEK (State Bar No. 151185)
2  RACHEL R. DAVIDSON (State Bar No. 215517)
   PRESTON GATES ELLIS LLP
3  55 Second Street, Suite 1700
   San Francisco, California 94105
4  Phone: (415) 882-8200
   Fax:    (415) 882-8220
5
   Attorneys for Defendant
6  SIEBEL SYSTEMS, INC.

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12

13 | ANGOSS SOFTWARE CORPORATION,

14 |         Plaintiff,                    | Case No. C 05-5224 BZ
15 |    v.                                 | (Related Case No. C 05-5225 BZ)

16 | SIEBEL SYSTEMS, INC.,                 | **ADMINISTRATIVE REQEUST TO ALLOW EQUIPMENT INTO THE COURTROOM AND [PROPOSED] ORDER**
17 |         Defendant.

18 | _____

19 | SIEBEL SYSTEMS, INC.,

20 |         Plaintiff,

21 |    v.

22 | ANGOSS SOFTWARE CORPORATION,
23
24 |         Defendant.

25
26       In accordance with this Court's security procedures, defendant Siebel Systems, Inc. request
27  the Court's authorization to bring and use the following equipment in the courtroom for the duration
28  of trial scheduled to begin on April 24, 2006:

ADMINISTRATIVE REQUEST TO ALLOW           -1-                    PRINTED ON RECYCLED PAPER
EQUIPMENT INTO THE COURTROOM
Case No. 05-5224 BZ

1. Laptop Computer(s)
2. Projector
3. Audio Speakers
4. Power Cables
5. Multiple Demonstrative Exhibit Boards

DATED: April 21, 2006    PRESTON GATES & ELLIS LLP

By _____/s/_____
Michael J. Bettinger
Attorneys for Defendant
Siebel Systems, Inc.

The defendant's Administrative Request to Allow Equipment into the Courtroom is hereby GRANTED.

IT IS SO ORDERED.

DATED: April 21, 2006

*IT IS SO ORDERED*
*[signature]*
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADMINISTRATIVE REQUEST TO ALLOW
EQUIPMENT INTO THE COURTROOM
Case No. 05-5224 BZ

-2-

PRINTED ON RECYCLED PAPER