UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| ANGOSS SOFTWARE CORP., | ) | No. C 05-5224 BZ |
| Plaintiff(s), | ) | |
| v. | ) | |
| | ) | and related case |
| SIEBEL SYSTEMS, INC., | ) | |
| Defendant(s). | ) | |
| | ) | |
| SIEBEL SYSTEMS, INC., | ) | No. C 05-5225 BZ |
| Plaintiff(s), | ) | **ORDER RESOLVING ANGOSS' EX PARTE APPLICATIONS FOR DISCOVERY** |
| v. | ) | |
| ANGOSS SOFTWARE CORP., | ) | |
| Defendant(s). | ) | |

**IT IS HEREBY ORDERED** that the parties shall conduct further discovery prior to trial in accordance with the rulings made at the telephone pretrial conference on April 21, 2006.  This resolves Angoss' ex parte application to compel discovery filed on April 10, 2006 [docket # 35], Angoss' ex parte application to compel discovery filed on

1

1    April 19, 2006 [docket # 42] and Angoss' ex parte motion to

2    amend/correct ex parte application filed on April 19, 2006

3    [docket # 43].

4    DATED:   April 21, 2006

5    _____

6                        Bernard Zimmerman
                    United States Magistrate Judge

7

8    G:\BZALL\-BZCASES\ANGOSS.SIEBEL\EX PARTE.ORDER.wpd

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2