MICHAEL J. BETTINGER (CAL BAR NO. 122196)
RACHEL R. DAVIDSON (CAL BAR NO. 215517)
PRESTON GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California  94105
Phone: (415) 882-8200
Fax:    (415) 882-8220

Attorneys for Defendant
SIEBEL SYSTEMS, INC.

PAUL SIGELMAN (CAL BAR NO. 45954)
SIGELMAN LAW FIRM
433 North Camden Drive, Suite 970
Beverly Hills, California  90210
Phone: (310) 278-8011

Attorneys for Plaintiff
ANGOSS SOFTWARE
CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGOSS SOFTWARE CORPORATION,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SIEBEL SYSTEMS, INC.,<br><br>                    Defendant. | Case No.  05-5224 BZ<br>(consolidated with Case No. 05-5225 BZ)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER DISMISSING WITH<br>PREJUDICE THIS ACTION AND ITS<br>CLAIMS, PURSUANT TO RULE 41 OF<br>THE FEDERAL RULES OF CIVIL<br>PROCEDURE (SIEBEL)** |

        Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Angoss Software

Corporation ("Angoss") and Defendant Siebel Systems, Inc. ("Siebel") hereby stipulate that this

action and the consolidated action and all of the claims asserted therein, are dismissed with

prejudice.

1    Angoss and Siebel shall bear its own costs and fees incurred in connection with this action

2  and the consolidated action.

3

4  DATED:  April 24, 2006                    PRESTON GATES & ELLIS LLP

5

6
                                            By_____/s/_____
7                                              Michael Bettinger
                                               Attorneys for Defendant
8                                              Siebel Systems, Inc.

9

10  DATED:  April 24, 2006                   PAUL SIGELMAN LAW FIRM

11

12
                                            By_____/s/_____
13                                             Paul S. Sigelman
                                               Attorneys for Plaintiff
14                                             Angoss Software Corporation

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ORDER

2

Now therefore, in light of the foregoing stipulation of all parties to this action and Rule 41 of the

3

Federal Rules of Civil Procedure, IT IS HEREBY ORDERED AS FOLLOWS:

4

    1.  All claims asserted in this action and the consolidated action are dismissed with prejudice.

5

    2.  Each party in this action shall bear its own costs and fees incurred in connection with this

6

action and the consolidated action.

7

    3.  This action and the consolidated action are dismissed with prejudice.

8

9

**IT IS SO ORDERED.**

10

11

Dated:  April 25, 2006

12



                      mmerman

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Michael J. Bettinger, hereby declare under penalty of perjury under the laws of the United States that Paul Sigelman, counsel for Angoss Software Corporation, concurred in the filing of this Stipulation And [Proposed] Order Dismissing With Prejudice This Action And The Consolidated Action And Their Claims, Pursuant To Rule 41 Of The Federal Rules Of Civil Procedure.

Executed April 24, 2006 in San Francisco, California.

_____/s/_____
Michael J. Bettinger

**IT IS SO ORDERED.**

Dated:_____                        _____
                                        Honorable Bernard Zimmerman

STIPULATION AND [PROPOSED] ORDER                    -4-                    PRINTED ON RECYCLED PAPER
DISMISSING WITH PREJUDICE THIS ACTION
Case No.  05-5224 BZ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28